# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:12-CR-132** |
| Plaintiff | : | |
| vs. | : | **Judge Timothy S. Black** |
| **BRIAN ROHRBACK** | : | |
| Defendant | : | |

___

## DEFENDANT ROHRBACK'S MOTION FOR MENTAL EXAMINATION PURSUANT TO 18 U.S.C. §3552 (c)

___

Now comes the Defendant, **BRIAN ROHRBACK,** through his attorney, **Nicholas G. Gounaris,** and respectfully moves this court for an order allowing Mr. Rohrback to be evaluated by the Bureau of Prisons pursuant to 18 U.S.C. §3552 (c).

Specifically, Mr. Rohrback believes that a psychological/psychosexual evaluation pursuant to the aforementioned statute would assist the probation office and the Court in assessing the needs and risks of Mr. Rohrback and the degree of sexual deviancy, if any. Information in the report would also allow the Court to appropriately tailor a sentence to address issues of treatment and/or supervision, and any risk posed by Mr. Rohrback to the community

Respectfully submitted,

/s Nicholas G. Gounaris
**NICHOLAS G. GOUNARIS (0064527)**
GOUNARIS DENSLOW ABBOUD CO. LPA
Attorney for Brian Rohrback
130 W. Second Street, Suite 1818
Dayton, OH 45402
(937) 222-1515
nick@gdalawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all parties by electronic filing through the office of the clerk.

s/Nicholas G. Gounaris
NICHOLAS G. GOUNARIS